# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00315-CV

**The American MobileHome Company-TAMCO, d/b/a Bastrop Manufactured Housing Sales; and Larry Fuller, Receiver for The American MobileHome Company-TAMCO, d/b/a Bastrop Manufactured Housing Sales, Appellants**

**v.**

**Donny Tobola; Libbie Tobola; and Beverly Cunningham, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT NO. 24,074, HONORABLE H. R. TOWSLEE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion stating they have settled their dispute. The parties move this Court to reverse and remand the cause for entry of an agreed take-nothing judgment. We grant the motion, reverse the judgment, and remand the cause with instructions for the trial court to enter a take-nothing judgment.

_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Puryear

Reversed and Remanded on Joint Motion

Filed: October 16, 2003